SO ORDERED.

SIGNED this 6th day of June, 2013.





___

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald Hilliard Gantt | ) | CASE NO. 12-10455-C-7G |
| | ) | |
| | ) | |
| Debtor. | ) | |

ORDER GRANTING APPLICATION FOR PUBLIC SALE OF PROPERTY
SUBJECT TO COURT CONFIRMATION

**THIS MATTER** coming before the United States Bankruptcy Court for the Middle District of North Carolina upon the Trustee's Motion for Application for Public Sale of Property and, after due and proper notice to all parties and in consideration of the pleadings herein, the Court makes the following Findings of Fact and Conclusions of Law:

1. This case is now pending before this Court pursuant to Chapter 7 of the United States Bankruptcy Code, and the undersigned was appointed and continues to serve as the duly qualified and acting Chapter 7 Trustee for the above named Debtor.

2. The Debtor owns certain 11 U.S.C. § 541 property located 2003 Randall Street, Greensboro, North Carolina;

> BEING all of Lot #3 in Block "A" of the Victory Forest Subdivision, beginning at an existing iron pipe in the margin of Randall Road, thence N 04 degrees 53' 35" W 49.82 feet to an existing iron pipe, thence N 05 degrees 07' 21" W 78.40 feet to an existing iron pipe, thence S 87 degrees 22' 31" E 117.31 feet to a new iron pipe, thence S 02 degrees 44' 57" E 113.58 feet to a new iron pipe, thence 85 degrees 25' 57" W 111.74 feet to an existing iron pipe in the margin of Randall Road, the point of BEGINNING

3.     Due notice of public sale was issued by the Clerk's Office of the U.S. Bankruptcy Court on May 9, 2014 providing that written objections must be filed on or before May 23, 2013 and that the hearing would be held on June 6, 2013.

4.     It is in the best interest of the estate to authorize the Trustee to conduct a public sale of property upon the following terms and conditions:

> (a) Action Auctions, Inc are retained as auctioneers for the purpose of selling the 11 U.S.C. § 541 property described herein. The auctioneer will be compensated pursuant to the Auctioneer Agreement, the auctioneer will be reimbursed for out-of-pocket expenses incurred at the discretion of the Trustee, not to exceed $3,500.00.
>
> (b) This sale shall be conducted on June 8, 2013 beginning at 11:00 o'clock a.m., and continue until all such assets are sold at the location of 2003 Randall Street, Greensboro, North Carolina.
>
> (c) The Sale is subject to Court Confirmation.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Trustee be and hereby is authorized to conduct a public sale upon the terms and Conditions set forth herein

END OF DOCUMENT

# LIST OF PARTIES TO BE SERVED
# GANTT 12-10455

William P. Miller, Esq.  (Electronic Copy Only)
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Johnsie H. Gantt
1511 Atwick Drive
Fayetteville, NC 28304

Kenneth M. Johnson, Esq.
PO Box 21247
Greensboro, NC 27420

Mr. Ronald H. Gantt
819 Logan Street
Greensboro, NC 27401

Daniel T. Blue, III
205 Fayetteville Street, Suite 300
Raleigh NC 27601

Charles M. Ivey, III, Trustee
PO Box 3324
Greensboro, NC 27402